UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ROGELIO ROMERO,
JORGE LUIS ESPINO-OLVERA, and
CRISTIAN ALEXANDER ARRIOLA,

                                            **INDICTMENT**

    Defendants.
_____/

The Grand Jury charges:

## COUNT 1
(Distribution of Cocaine)

On or about February 4, 2025, in Allegan County, in the Southern Division of the Western District of Michigan,

ROGELIO ROMERO and
JORGE LUIS ESPINO-OLVERA

knowingly and intentionally distributed, and aided and abetted each other in the distribution of, 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(B)(ii)
18 U.S.C. § 2

## **COUNT 2**
(Distribution of Cocaine)

On or about February 7, 2025, in Ottawa County, in the Southern Division of the Western District of Michigan,

ROGELIO ROMERO and
CRISTIAN ALEXANDER ARRIOLA

knowingly and intentionally distributed, and aided and abetted each other in the distribution of, cocaine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)
18 U.S.C. § 2

## COUNT 3
(Distribution of Cocaine)

On or about March 13, 2025, in Ottawa County, in the Southern Division of the Western District of Michigan,

ROGELIO ROMERO and
CRISTIAN ALEXANDER ARRIOLA

knowingly and intentionally distributed, and aided and abetted each other in the distribution of, cocaine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)
18 U.S.C. § 2

## **COUNT 4**
(Possession with Intent to Distribute Cocaine)

On or about April 1, 2025, in Ottawa County, in the Southern Division of the Western District of Michigan,

CRISTIAN ALEXANDER ARRIOLA

knowingly and intentionally possessed with intent to distribute cocaine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)

## **FORFEITURE ALLEGATION**
(Distribution of Cocaine; Possession with Intent to Distribute Cocaine)

The allegations contained in Counts 2, 3, and 4 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 21 U.S.C. § 853.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. § 841(a)(1) set forth in Counts 2, 3, and 4 of this Indictment, the defendant,

CRISTIAN ALEXANDER ARRIOLA,

shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense. The property to be forfeited includes but is not limited to: $6,000 United States Currency seized on or about April 1, 2025 in Ottawa County.

21 U.S.C. § 853
21 U.S.C. § 841(a)(1)

## FORFEITURE ALLEGATION
(Possession with Intent to Distribute Cocaine)

The allegations contained in Count 4 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 21 U.S.C. § 853.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. § 841(a)(1) set forth in Count 4 of this Indictment, the defendant,

CRISTIAN ALEXANDER ARRIOLA,

shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense. The property to be forfeited includes but is not limited to the following firearms and ammunition, seized on or about April 1, 2025 in Ottawa County and Allegan County:

1. CZ Model P-10 9mm pistol, serial number E037406;

2. Smith & Wesson, Model M&P 15, .223 caliber rifle, serial number SP83836;

3. Ruger Model AR556 5.56 caliber rifle, serial number 859-43045;

4. Maverick Model 88 12-gauge shotgun, serial number MV39998V;

5. Ruger Model 10/12 .22 caliber rifle, serial number 116-75317;

6. Glock Model 17 9mm pistol, serial number BGYE802; and

7. assorted ammunition.

21 U.S.C. § 853
21 U.S.C. § 841(a)(1)

A TRUE BILL

[ /s/ Redacted ]
GRAND JURY FOREPERSON

TIMOTHY VERHEY
United States Attorney

_____
DANIEL T. McGRAW
Assistant United States Attorney